UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION



**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV 16 2020

DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA, Plaintiff

v.   Criminal Action No. 3:19-cr-216-DJH

DIONTE ELLISON, Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

November 16, 2020
Date

Defendant's Signature